**Earl T. BARNETT, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2009–3075.

United States Court of Appeals, Federal Circuit.

March 10, 2009.

Earl T. Barnett, Morgantown, WV, pro se.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Carl E. ROSS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2009–3090.

United States Court of Appeals, Federal Circuit.

March 10, 2009.

Carl E. Ross, Bladensburg, MD, pro se.

Kenneth S. Kessler, Department of Justice, Washington, DC, for Respondent.

### ON MOTION

### *ORDER*

Carl E. Ross moves without opposition to voluntarily dismiss petition for review no.2009–3090 and requests that the court refund the filing fee.

The court is required to deposit filing fees with the Treasury Department immediately upon receipt and, unfortunately, cannot refund any fee once it has been deposited. *See* Practice Note, Fed. Cir. R. 52.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to voluntarily dismiss the petition is granted.

(2) Each side shall bear its own costs.